378 A.2d 1019

**In re Connie Jean RUDY.**

**In re Donald Robert SIPES.**

Superior Court of Pennsylvania.

Submitted Nov. 8, 1976.

Decided Oct. 6, 1977.

James H. English, Assistant Public Defender, Altoona, for appellants.

Frederick B. Gieg, Jr., Assistant District Attorney, Altoona, for appellee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

These consolidated appeals arise from adjudications of the Blair County Juvenile Court which Ordered, inter alia, that the adjudged delinquents each pay a fine. The appeals contest the propriety of the imposition of a fine against a juvenile. We must reverse the Orders of the lower court as to the fine in accordance with our recent decision in *In re Gardini*, 243 Pa.Super. 338, 365 A.2d 1252 (1976).

Reversed with directions to make a disposition of the cases not inconsistent with the case of *In re Gardini*.